FILED

1  Aaron Sansing, Esq. (SBN 231095)
   THE SANSING LAW OFFICE
2  4195 East Thousand Oaks Blvd., Suite 240
   Westlake Village, California 91362
3  Telephone: (805) 449-4241
   Fax: (805) 449-4245
4  Email: asansing@hotmail.com

5  Attorney for Plaintiff
   SUZETTE CARMICHAEL

10 SEP 13 PM 1:24

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

6

7

8

9

10

11

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

13  SUZETTE CARMICHAEL,                    )  CASE NO. **CV10 6779**-PSW

14                          Plaintiff,      )  **COMPLAINT FOR DAMAGES**
                                            )
15            vs.                           )  Violation of 42 U.S.C. § 1983
                                            )
16  CITY OF LONG BEACH, a local            )
17  public entity, OFFICER JONATHAN        )
    STEINHAUSER, OFFICER EDDIE             )  **DEMAND FOR JURY TRIAL**
18  H. SANCHEZ and DOES 1- 10,             )
    inclusive,                             )
19                                          )
                          Defendants.      )
20  _____

21

22      Plaintiff Suzette Carmichael, on information and belief, makes the following

23  allegations to support this Complaint:

24

25                          INTRODUCTION

26      PLAINTIFF brings this action seeking compensation for an incident that

27  occurred late September 12, 2008 to early September 13, 2008 where Plaintiff held

28  a record release party at her house and Officers responded to a complaint of loud

1.

COMPLAINT FOR DAMAGES

music. Officer Steinhauser pushed Plaintiff against the wall, causing her to fall to the ground, and Plaintiff was then tased by Officer Sanchez in the neck, causing injury.

## JURISDICTION AND VENUE

1.     The jurisdiction of this Court is invoked under 28 U.S.C. § 1331 and § 1343 in this action arising under 42 U.S.C. § 1983, wherein Plaintiff seeks to redress deprivations by Defendants, acting under color of state law, of rights secured to him by the Fourth and Fourteenth Amendments to the United States Constitution and the laws of the United States.

2.     Venue of this action is proper in this judicial district by virtue of 28 U.S.C. § 1391 because, among other things, a substantial part of the acts or omissions complained of occurred in this judicial district and because one or more of the Defendants reside in this judicial district.

## THE PARTIES

3.     At all times mentioned herein, Plaintiff Suzette Carmichael ("Plaintiff" or "Carmichael") was a resident of the City of Long Beach, County of Los Angeles, State of California. Plaintiff is an adult female whose civil rights were violated by Defendants and thus brings this action.

4.     At all times mentioned herein, Defendant City of Long Beach is and was a municipality duly organized and existing under the laws of the State of California. The Long Beach Police Department ("LBPD") is an official subdivision of Defendant City of Long Beach, and all officers employed by said Department are employees of Defendant City of Long Beach.

5.     Defendant City of Long Beach was at all times mentioned herein,

2.

COMPLAINT FOR DAMAGES

engaged in owning, operating, maintaining, managing, and doing business as a Police Department in the City of Long Beach, State of California. All of the acts complained of herein by Plaintiff against Defendants were done and performed by said Defendants by and through its authorized agents, servants, and/or employees, and each of them, all of whom at all relevant times herein were acting within the course, purpose, and scope of said agency, service, and/or employment capacity. Moreover, Defendants and its agents ratified all of the acts complained of herein.

6.      Plaintiff is informed and believes and thereon alleges that, at all relevant times, Defendant DOES 1-10 were employees, agents, or representatives of the LBPD, a municipality of the State of California and were California peace officers. Plaintiff is unaware of the true identities and capacities of 10 unknown named Defendants and for this reason sues those Defendants by fictitious names. Plaintiff is informed and believes and thereon alleges that each of the fictitiously named Defendants is in some manner and to some extent liable for the injuries alleged in the Complaint. Plaintiff will seek leave to amend this Complaint to allege the true identities and capacities of those fictitiously named Defendants when they are determined.

7.      Plaintiff is informed and believes and thereon alleges that, at all relevant times mentioned herein, Defendants OFFICER JONATHAN STEINHAUSER ("Steinhasuer") and OFFICER EDDIE H. SANCHEZ ("Sanchez") were duly authorized employees of Defendant City of Long Beach, who were acting within the course and scope of their respective duties and with the complete authority and ratification of Defendant City of Long Beach. At all relevant times herein, Defendants Steinhauser and Sanchez were acting under color of law: under the color of the statutes, ordinances, regulations, policies, procedures, customs, and usages of Defendant City of Long Beach and the State of California.

COMPLAINT FOR DAMAGES

8.    Plaintiff is informed and believes and thereon alleges that each Defendant is, and at all times mentioned was, the agent, employee, or representative of each other Defendant.  Each Defendant, in doing the acts, or in omitting to act as alleged in this Complaint, was acting within the scope of his or her actual or apparent authority or the alleged acts and omissions of each Defendant as agent subsequently were ratified and adopted by each other Defendant as principal.

9.    Liability under federal law for all government entity Defendants and employees is based upon 42 U.S.C. § 1983.

## FACTS COMMON TO ALL CAUSES OF ACTION

10.    On September 12, 2008, in the late evening to early morning September 13, 2008, Plaintiff had a record release party at her house.  Defendant Steinhauser responded to a call for loud music and upon arrival pushed Plaintiff against the wall. Defendant Sanchez then tased Plaintiff in the neck, causing injury.

11.    Plaintiff was deprived of an interest protected by the Constitution or laws of the United States, and Defendants, and each of them, caused any such deprivation while acting under color of state law.

12.    Plaintiff is informed and believes and thereon alleges that all acts or omissions alleged to have been engaged in by any Defendant are alleged to have been engaged in with evil motive and intent, and/or in callous, reckless, and wanton disregard to the rights of Plaintiff.

13.    Plaintiff is informed and believes and thereon alleges that any governmental entity Defendant or supervisor has knowingly, or with deliberate indifference to the constitutional and statutory rights of persons within the

4.

jurisdiction of the United States of America, maintained or permitted an official policy or custom of permitting the occurrence of the types of wrongs set forth herein, and therefore is liable for all injuries sustained by Plaintiff as set forth herein.

14.     Plaintiff is further informed and believes and thereon allege that the above described official customs, policies or practices and actions of the Defendants constituted deliberate indifference to the constitutional and statutory rights of persons, such as Plaintiff.  Plaintiff is further informed and believes and thereon alleges that this official policy, practice or custom and/or Defendants' actions and omissions were a direct and proximate cause of Plaintiff's damages.

## FIRST CAUSE OF ACTION
### VIOLATION OF 42 U.S.C. § 1983
(Against all Defendants)

15.     Plaintiff realleges and incorporates by reference, as though fully set forth herein, each and every allegation set forth in paragraphs 1 through 14 above.

16.     This complaint sets forth a claim for deprivation of civil rights for violation of the Fourth and Fourteenth Amendments to the United States Constitution against Defendants and is redressable pursuant to 42 U.S.C. § 1983.  In particular, Defendants violated Plaintiff's rights by, among other things, displaying deliberate indifference to Plaintiff's right to be free from the use of excessive force when detained by a law enforcement officer.

17.     Based upon the principles set forth in Monell v. New York City Department of Social Services, 436 U.S. 658 (1978), each government entity or supervisory official Defendant is liable for all injuries sustained by Plaintiff as set forth herein.  Said liability stems from the fact that the aforementioned Defendants'

COMPLAINT FOR DAMAGES

unconstitutional policies and customs were a direct and legal cause of Plaintiff's damages, including pain and suffering.  Any and all supervisory official Defendants are liable on this theory and are also liable in their individual capacities.

18.    As a direct and proximate result of the acts and omissions of Defendants, and each of them, Plaintiff was deprived of her rights under the Fourth and Fourteenth Amendment of the United States Constitution and of the laws of the United States and has suffered damages, including pain and suffering.

19.    Plaintiff is informed and believes and thereon alleges that the aforementioned acts of Defendants were willful, malicious, intentional, oppressive and despicable and/or were done in willful and conscious disregard of the rights, welfare and safety of Plaintiff, thereby justifying the awarding of punitive and exemplary damages against all Defendants   (other than the government entity Defendant).

20.    As a result of Defendants' conduct as alleged herein, Plaintiff is entitled to attorneys' fees pursuant to 42 U.S.C. § 1988.

///
///
///
///
///
///
///
///
///
///

6.

## PRAYER

WHEREFORE, Plaintiff seeks judgment as follows:

a.     For general damages according to proof;

b.     For compensatory damages, including medical expenses and related items of expenses, according to proof;

c.     For punitive or exemplary damages according to proof;

d.     For costs of suit;

e.     For attorneys' fees pursuant to 42 U.S.C. § 1988;

f.     For prejudgment interest; and

g.     For such other and further relief as the Court deems just and proper.

Dated: September 13, 2010          THE SANSING LAW OFFICE

By: _____
Aaron Sansing, Attorney for Plaintiff
SUZETTE CARMICHAEL

COMPLAINT FOR DAMAGES

## DEMAND FOR JURY

Plaintiff hereby demands trial by jury on all issues.


Dated: September 13, 2010          THE SANSING LAW OFFICE


By: _____
    Aaron Sansing, Attorney for Plaintiff
    SUZETTE CARMICHAEL

8.

COMPLAINT FOR DAMAGES

Aaron Sansing  SBN 231095
SANSING LAW OFFICE
4195 E. Thousand Oaks Blvd., Suite 240
Westlake Village, CA 91362

Tel: (805) 449-4241  Fax: (805) 449-4245

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Suzette Carmichael

PLAINTIFF(S)

v.

City of Long Beach, a local public entity, Officer
Jonathan Steinhauser, Officer Eddie H. Sanchez and
DOES 1-10, inclusive

DEFENDANT(S).

CASE NUMBER

CV10 6779 _PJW

**SUMMONS**

TO:   DEFENDANT(S): City of Long Beach, a local public entity, Officer Jonathan Steinhauser,
      Officer Eddie H. Sanchez and DOES 1-10, inclusive

A lawsuit has been filed against you.

Within   21   days after service of this summons on you (not counting the day you received it), you
must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint
☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer
or motion must be served on the plaintiff's attorney,  Aaron Sansing _____, whose address is
4195 E. Thousand Oaks Blvd., Suite 240, Westlake Village, CA 91362 _____. If you fail to do so,
judgment by default will be entered against you for the relief demanded in the complaint.  You also must file
your answer or motion with the court.

Clerk, U.S. District Court

Dated:   1 8 SEP 2010 _____

By: _____
          Deputy Clerk

                    *(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed
60 days by Rule 12(a)(3)].*

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| Suzette Carmichael | City of Long Beach<br>Officer Jonathan Steinhauser<br>Officer Eddie H. Sanchez; DOES 1-10 |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Aaron Sansing, SANSING LAW OFFICE<br>4195 E. Thousand Oaks Blvd., Suite 240<br>Westlake Village, CA 91362 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☐ 3 Federal Question (U.S. Government Not a Party)

☑ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☑ No  ☑ MONEY DEMANDED IN COMPLAINT: $ Actual/Punitive/ Attorney fees

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
42 U.S.C. Sec. 1983; Excessive force

**VII. NATURE OF SUIT** (Place an X in one box only.)

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Act
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Info. Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**
**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury-Med Malpractice
☐ 365 Personal Injury-Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus-Alien Detainee
☐ 465 Other Immigration Actions

**TORTS**
**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 445 American with Disabilities - Employment
☐ 446 American with Disabilities - Other
☑ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus/ Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE / PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety /Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS-Third Party 26 USC 7609

## CV10 6779

**FOR OFFICE USE ONLY:** Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)  CIVIL COVER SHEET  Page 1 of 2

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                               ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                               ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                               ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
   Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____   Date 09/13/2010

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |